IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARCH SPECIALTY INSURANCE CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00264-O |
| | § | |
| BCAC UNDERGROUND, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. It is therefore **ORDERED** that Plaintiff's Motion for Entry of Default Judgment (ECF No. 12) is **GRANTED** and **default judgment** is **ENTERED** in favor of Plaintiff Arch Specialty Insurance Co. against Defendant BCAC Underground, LLC. Final judgment will be entered separately.

**SO ORDERED** this **29th** day of **April, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE