IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARCH SPECIALTY INSURANCE CO., | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 4:23-cv-00264-O |
| BCAC UNDERGROUND, LLC, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's motion for default judgment (ECF No. 12) is **GRANTED**.

2. The material allegations of the Amended Complaint (ECF No. 3) are **DEEMED** admitted.

3. Under the terms of the insurance policy at issue (*see* ECF No. 3-1 at 27), BCAC Underground, LLC has the duty to provide insurance coverage to, defend, and indemnify Coleman Industrial Construction, Inc. and BNSF Railway Company in the *Reynolds* suit as described in Plaintiff's Motion for Default Judgment (ECF No. 12).

4. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** this **29th** day of **April, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE